**FILED**
**CLERK**
4/10/2020 3:33 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**RECEIVED**
APR 10 2020
**EDNY PRO SE OFFICE**

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: March 26, 2020
Re: 19-CV-4629(JMA)(SIL)

Dear *pro se* litigant:

The enclosed __letter__ is/are being returned without docketing or consideration for the following reason(s):

( )   The docket number and/or judges' initials are incorrect or missing.

( X )   Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )   These papers appear to be intended for another court or agency.

( )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )   Your papers do not meet the minimum requirements for:
    ( )   Legibility: please type or print clearly.
    ( )   Language: only __English__ is acceptable.
    ( )   Form or Content: See forms/instructions enclosed.
    ( )   Please indicate the documents you served on your affirmation of service.
    ( )   Other:

( )   This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.
( )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )   Your __Notice of Appeal__ has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

( )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

( )   Other:

By: *J. Grady*
J. Grady

March 23, 2020

Suffolk County Supreme Court Index # : 19-04582

Eastern District Court: 2:19-cv-04629-JMA-SIL / 2:19-cv-05377-JMA-SIL

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2020 ★
LONG ISLAND OFFICE

Dear Hon Joan M Azrack,

    I did respond and included a financial analysis of why my case should be in Supreme Court along with the same recommendation from Federal Investigator in Equal Employment Opportunity Commission. I also included direct scientific and sequential evidence of how taking that medicine directly affected my exam performance. Hansen's Pharmaceuticals did NOT provide proper informed consent about ULTIMATE OUTCOME as well as important SIDE EFFECTS from taking their medicine Invega.

    Janssens Pharmaceuticals committed fraud and plagiarism my stealing my information to then update their website Invega.com (for which I will provide a screen shot with dates before and after speaking with falsified lawyers working on their behalf to avoid such lawsuits). Janssens pharmaceuticals did no clinical trials and just took my scientific and medical information for which I provided thorough information, data, and explanation with ultimate outcome they were not even aware of. I also depicted clearly how subclinical hypothyroidism (MY research and explanation provided) effects exam performance, neural performance, and memory. I even explained how what they had previously written as to 'disregard what may look like a pill in ones feces' as an immunological phenomena based subconscious panic and instructive concern. I also provided them with many other important facts, explanations, and side effects that they evidently used to update their website and pharmalogica information with my information.

    It is too late for me now and my career due to them not providing proper informed consent from the start to both patients and physicians and due to their misleading information and lack of proper information before speaking with me. Please see attached for screen shot of Invega.com website before and after

*Maria F Livia*

speaking with me. In addition, they added the children's approved age from 12-15 which they changed a couple days after the initial renovation to Invega is now approved for children 12-17 of age. Thank you for reviewing my case and thank you for your time, please see scientific evidence with direct correlation, government recommendations, financial analysis, no residency program interviews, and fraudulently taking my information I wish I knew before ruining my career and lifelong dream due to lack of informed consent and proper research and information from Janssens Pharm on the medication Invega. Please contact me if you have any further questions.

Thank you,

Mariafrancesca Gioia

631-809-2257

631-319-1814

631-809-2124


76 Orion Walk

Holbrook, NY 11741

Mgioia@alumni.upenn.edu


Cc:

Hon Joan M Azrack, U.S.D.J.

United States District Court for the Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


Cc:

Suffolk County Supreme Court

Attn: Court Actions

310 Center Drive

Riverhead, NY 11901

*Mariafrancesca Gioia* (signature)

Cc:

Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

*[signature]*

July 18
4:24 PM

4:24 

< Today Edit
4:22 PM

 

INVEGA® may increase difficulty in swallowing that may cause food or liquid to get into your lungs.

If you have a prolonged or painful erection lasting more than 4 hours, seek immediate medical help to avoid long-term injury.

This medicine may make you more sensitive to heat. You may have trouble cooling off or be more likely to become dehydrated. Be careful when you exercise or spend time doing things that make you warm.

INVEGA® should be swallowed whole. Tablets should not be chewed, divided, or crushed. Do not be worried if you see something that looks like a tablet in your stool. This is what is left of the tablet after all the medicine has been released.

Some medications interact with INVEGA®. Please inform your healthcare professional of any medications or supplements that you are taking. Avoid alcohol while taking INVEGA®.

Tell your healthcare professional if you are pregnant or plan to become pregnant. It is not known if INVEGA® will harm your unborn baby. If you become pregnant while taking INVEGA®, talk to your healthcare professional about registering with the National Pregnancy Registry for Atypical Antipsychotics. You can register by calling 1-866-961-2388 or visit http://womensmentalhealth.org/clinical-and-research-programs/pregnancyregistry Infants born to women who are treated with INVEGA® may experience symptoms such as tremors, irritability, excessive sleepiness, eye twitching, muscle spasms, decreased appetite, difficulty breathing, or abnormal movement of arms and legs. Let your healthcare professional know if these symptoms occur. Tell your healthcare professional if you are breastfeeding or plan to breastfeed. INVEGA® can pass into your breast milk. Talk to your healthcare professional about the best way to feed your baby if you receive INVEGA®.

INVEGA® may impair fertility, which is reversible. Speak to your healthcare professional if you plan to become pregnant.

The most common side effects that occurred with INVEGA® in the treatment of schizophrenia in adults were: abnormal muscle movements (including tremor [shaking]), shuffling, uncontrolled involuntary movements, and abnormal movements of the eyes); feeling of inner restlessness or needing to be constantly moving; and fast heartbeat.

The most common side effects that occurred with INVEGA® in the treatment of schizoaffective disorder in adults were: abnormal muscle movements (including tremor [shaking]), shuffling, uncontrolled involuntary movements, and abnormal movements of the eyes), sleepiness, heartburn, constipation, weight increase, and sore throat.

- Earned



*[handwritten margin note:]* Company I called prior to Invega-C website charge after I provided my Scientific Information by containing my medical degree w/ what I had to sacrifice it for with regards to a career as a Physic due to their lack of Informed conse at a time Prior to my reports + Exam Performance (multiple attempts on USMLE Step 2 exam) while taking that medication

highest rating of 10.0 by AVVO, the top Internet Lawyer Rating Service

- Top AV Peer Rating for Skill & Integrity by Martindale-Hubbell

- Named Best Lawyer by <u>U.S. News & World Report</u>

*[signature]*



Maria fonesca Giora
76 Orion Walk
Holbrook, NY 11741

USPS

Hon Joan M Azrack U.S.D.T
United States District Courts for the Eastern
100 Federal Plaza District Courts of NY
Central Islip, NY 11741

FOREVER USA